UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **GAIL HENDERSON**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:22-cv-00861-SDG |
| v. | ) | |
| | ) | |
| **DOLLAR TREE STORES, INC.**, | ) | JURY DEMANDED |
| **DIANA MELBO**, | ) | |
| **XYZ CORPORATIONS 1-3**, | ) | |
| **AND JOHN DOES 1-3**, | ) | |
| | ) | |
| Defendants. | ) | |

**CONSENT ORDER GRANTING DEFENDANT
DIANA MELBO'S MOTION TO DISMISS**

By agreement of the parties and for good cause shown, it is hereby **ORDERED, ADJUDGED, and DECREED** that Defendant Diana Melbo's Motion to Dismiss is **GRANTED**. Pursuant to Fed. R. Civ. P. 12(b)(6) and 21, Defendant Diana Melbo is hereby dismissed as a party from this case without prejudice. This Order constitutes a resolution of the Motion to Dismiss as contemplated in Section II-(c) of this Court's Standing Order Regarding Civil Litigation (D.E. 7). As such, the automatic stay of discovery shall be lifted as of the date of this Order and the remaining parties are directed to complete the NDGa LR 16.1 conference within sixteen (16) days thereafter, and continuing with all other pretrial activity and deadlines as referenced in this Court's Standing Order Regarding Civil Litigation

(D.E. 7), the Civil Local Rules of the United States District Court for the Northern District of Georgia, and the Federal Rules of Civil Procedure.

**SO ORDERED** this _____ day of _____, 2022.

                                                              **Honorable Judge Steven D. Grimberg**
                                                              **UNITED STATES DISTRICT COURT JUDGE**

**APPROVED FOR ENTRY:**

| **FOY & ASSOCIATES, P.C.** | **CARR ALLISON** |
|---|---|
| By: __/s/ Inna Voronkina__ | By: __/s/ Sean W. Martin__ |
| **INNA VORONKINA** | **SEAN W. MARTIN, GA BAR #474125** |
| **GA BAR # 435363** | **STEPHEN A. SWANSON, GA BAR #759751** |
| Attorney for Plaintiff | *Attorneys for Defendants* |
| 3343 Peachtree Rd NE, Ste 350 | 736 Market Street, Suite 1320 |
| Atlanta, GA 30326 | Chattanooga, TN 37402 |
| (404) 400-4000 | (423) 648-9832 / (423) 648-9869 FAX |
| (404) 873-4490 FAX | swmartin@carrallison.com |
| ivoronkina@johnfoy.com | sswanson@carrallison.com |